**United States District Court**
For the Northern District of California

1

2

3

4

5

6                IN THE UNITED STATES DISTRICT COURT

7

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   BETSY P. ELGAR,

10            Plaintiff,                          No. C 07-00389 JSW

11       v.

12   SOCIAL SECURITY ADMINISTRATION,        **ORDER TO SHOW CAUSE FOR**
                                            **FAILURE TO PROSECUTE**
13            Defendant.
     _____/

14

15        On January 19, 2007, Plaintiff, proceeding *pro se*, filed this action seeking review of a

16   decision of the Commissioner of the Social Security Administration.  On April 3, 2007, the

17   Commissioner filed a motion to dismiss alleging that Plaintiff has failed to exhaust

18   administrative remedies and, therefore, argues the case should be dismissed for lack of

19   jurisdiction.  By order dated April 30, 2007, this Court set a briefing schedule on the pending

20   motion to dismiss which required that Plaintiff file and serve her opposition to the motion by no

21   later than May 18, 2007.  Plaintiff was advised that failure to respond to the scheduling order

22   may result in dismissal of her case.

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1

Having received no response from Plaintiff to the pending motion to dismiss, the Court

2

HEREBY ORDERS PLAINTIFF TO SHOW CAUSE as to why her case should not be

3

dismissed for failure to prosecute or on the merits of Defendant's motion.  Plaintiff is

4

ORDERED to file a written response by no later than July 20, 2007.

5

Failure timely to respond to this Order shall result in dismissal of Plaintiff's case.

6

7

**IT IS SO ORDERED.**

8

Dated:  July 5, 2007

9

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BETSY P. ELGAR,

            Plaintiff,

   v.

SOCIAL SECURITY
ADMINISTRATION et al,

           Defendant.

_____/

Case Number: CV07-00389 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 5, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Betsy P. Elgar
P.O. Box 697
Suisun City, CA 94585

John C. Cusker
Office of the General Counsel
Social Security Administration
333 Market St., Suite 1500
San Francisco, CA 94105

Dated: July 5, 2007

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk