1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BETSY P. ELGAR,

        Plaintiff,                       No. C 07-00389 JSW

    v.

SOCIAL SECURITY ADMINISTRATION,       **ORDER OF DISMISSAL**

        Defendant.

_____/

On January 19, 2007, Plaintiff, proceeding *pro se*, filed this action seeking review of a decision of the Commissioner of the Social Security Administration. On April 3, 2007, the Commissioner filed a motion to dismiss alleging that Plaintiff has failed to exhaust administrative remedies and, therefore, argues the case should be dismissed for lack of jurisdiction. By order dated April 30, 2007, this Court set a briefing schedule on the pending motion to dismiss which required that Plaintiff file and serve her opposition to the motion by no later than May 18, 2007. Plaintiff was advised that failure to respond to the scheduling order may result in dismissal of her case.

On July 5, 2007, having received no response from Plaintiff to the pending motion to dismiss, the Court issued an Order to Show Cause to Plaintiff as to why her case should not be dismissed for failure to prosecute or on the merits of Defendant's motion. Plaintiff was ordered to file a written response by no later than July 20, 2007. Plaintiff was again advised that failure timely to respond to the Court's order would result in dismissal of Plaintiff's case.

Having not received any further submissions from Plaintiff, the Court HEREBY

DISMISSES the case without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated:  July 30, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BETSY P. ELGAR,

                 Plaintiff,

    v.

SOCIAL SECURITY
ADMINISTRATION et al,

                 Defendant.

                                /

Case Number: CV07-00389 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Betsy P. Elgar
P.O. Box 697
Suisun City, CA 94585

John C. Cusker
Office of the General Counsel
Social Security Administration
333 Market St., Suite 1500
San Francisco, CA 94105

Dated: July 30, 2007

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

**United States District Court**
For the Northern District of California